

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE SHOOTING RANCH, LLC, JAMES STINSON, AND TURNERSVILLE WILLIAMSON, LLC, | § § § § | No. 08-16-00199-CV Appeal from the |
| Appellants, | § | 345th District Court |
| V. | § | of Travis County, Texas |
| JOHN GRAY, KARLA GRAY, J&K UTILITY SERVICES, LLC, AND THE CITY OF CREEDMOOR, | § § | (TC# D-1-GN-14-000082) |
| Appellees. | § § | |

## MEMORANDUM OPINION

Pending before the Court is Appellants' motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d).


September 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.